| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:18-cv-01046-NGG-VMS |
| Danielle Louis individually and on behalf of all others similarly situated<br>      Plaintiff<br><br>    - against -<br><br>MJS America LLC d/b/a Majans America LLC<br>      Defendant | Notice of Voluntary Dismissal |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed against defendant, with prejudice.

Dated: May 8, 2018

                 Respectfully submitted,

                 Sheehan & Associates, P.C.

                 /s/Spencer Sheehan
                 Spencer Sheehan
                 EDNY Bar Number SS-8533
                 891 Northern Blvd., Ste. 201
                 Great Neck, NY 11021
                 Tel: (516) 303-0552
                 Fax: (516) 234-7800
                 spencer@spencersheehan.com

1:18-cv-01046-NGG-VMS
United States District Court
Eastern District of New York

Danielle Louis individually and on behalf of all others similarly situated

Plaintiff

- against -

MJS America LLC d/b/a Majans America LLC

Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  May 8, 2018

/s/ Spencer Sheehan
Spencer Sheehan